PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0219 JAM |
| Plaintiff, | ORDER RECALLING ARREST WARRANT AND ISSUING SUMMONS |
| v. | |
| CHARLES DEAN GOOD, | |
| Defendant. | |

    Having reviewed the government's motion, and for good cause shown, the Court now recalls the arrest warrant issued for defendant Charles Dean Good and issues a summons for his appearance before this Court at 2pm on March 2, 2023. The Court further orders that the Clerk of Court notify the United States Marshals Service promptly that the arrest warrant has been withdrawn, and the summons has been issued.

IT IS SO FOUND AND ORDERED

Dated: March 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE