# UNITED STATES PRETRIAL SERVICES AGENCY
## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA



**Gina L. Faubion**
**Chief Pretrial Services Officer**
Robert T. Matsui Federal Courthouse
501 I Street, Suite 2-400
Sacramento, CA 95814
Phone:  (916) 930-4350
Fax No: (916) 930-4355

**Beth A. Wetteland**
**Deputy Chief Pretrial Services Officer**
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Suite 3601
Fresno, CA  93721
Phone: (559) 499-5770
Fax: (559) 499-5773

Bakersfield Federal Courthouse
510 19th Street, Rm. 150
Bakersfield, CA 93301
Phone: (661) 321-3812
Fax: (661) 321-3828

March 21, 2023

**REPLY TO SACRAMENTO**

**RE: Good, Charles Dean**
**Case No. 2:21-CR-00219-JAM-1**

Dear:

    Shelly Her, Courtroom Clerk to the
    Honorable Deborah Barnes
    United States District Court Magistrate Judge

From:    Margarita Zepeda
          U.S. Pretrial Services Officer

Subject:  United States v. Charles Dean Good
           Docket: 2:21-CR-00219-JAM-1
           Request to place this matter on calendar for a Bail Review

====================================================================

Pretrial Services is requesting Charles Dean Good's case be placed on calendar for March 22, 2023, at 2:00 p.m. for a Bail Review hearing.  The defendant, defense counsel, and the assigned government prosecutor are aware of this request and have agreed to be present.

If you have any questions concerning the above matter, please feel free to contact me.

Thank you for your assistance.

Sincerely,

/s/ Margarita Zepeda

Margarita Zepeda
U.S. Pretrial Services Officer