**FILED**
March 22, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DEAN GOOD,<br><br>    Defendant. | Case No. 2:21-cr-00219-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES DEAN GOOD,</u> Case No. <u>2:21-cr-00219-JAM</u>   Charges <u>18 USC § 641</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

X    Secured Appearance Bond $ 5,000.00 Cosigned by defendant's girlfriend, Patricia Blanca Villegas

X    (Other): <u>Release DELAYED until 3/24/2023, at 9:00 AM, at which time Defendant must report directly to the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814</u>

Issued at Sacramento, California at 2:47 PM.

Dated: March 22, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE