PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>CHARLES GOOD,<br><br>          Defendant. | CASE NO. 2:21-CR-219 JAM<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Charles Good, by and through his counsel of record, hereby stipulate as follows:

1. By previous order a status conference in this matter was scheduled for April 25, 2022, and all time up to April 25, 2022, was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 10.

2. By this stipulation and proposed order, the parties now move to reset the status conference in this matter to July 25, 2023, at 9:00 am, with all time until that date excluded under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes over 10,000 pages of records, including law enforcement reports, video and photo surveillance, bank statements, and transaction

**Stipulation and Order Resetting Status
Conference**

information. Discovery was produced, pursuant to a protective order, directly to defense counsel and was also made available for inspection and copying.

  b) Defense counsel desires additional time to review the discovery in this case. Defense counsel requires time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

  c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2022, to July 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

**Stipulation and Order Resetting Status Conference**

| | |
|---|---|
| Dated: April 18, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Denise N. Yasinow<br>Denise N. Yasinow<br>Assistant United States Attorney |
| Dated: April 18, 2023 | /s/ Tim Zindel<br>Counsel for Defendant<br>Charles Good |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of April, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order Resetting Status Conference**