TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHARLES GOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00219 JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| CHARLES GOOD, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Judge:  Hon. John A. Mendez |
|  | ) Date:   September 26, 2023 |
|  | ) Time:   9:00 a.m. |

    Plaintiff, United States of America, and defendant, Charles Good, hereby stipulate that the status conference scheduled for September 26, 2023, may be continued to December 12, 2023, at 9:00 a.m.

    Defense counsel seeks additional time to review the voluminous discovery in the case and is likely to request paralegal assistance in reviewing much of it, in order to review law enforcement calculations of loss.  In the meantime, counsel also seeks additional time to consult with his client about the case, which was indicted several years after the charged events.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through December 12, 2023, pursuant to 18 U.S.C. section

3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that this period of time results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                              Respectfully Submitted,

Dated:  September 20, 2023                      /s/ Tim Zindel
                                                TIMOTHY ZINDEL
                                                Attorney for CHARLES GOOD

                                                PHILIP A. TALBERT
                                                United States Attorney

Dated:  September 20, 2023                      /s/ T. Zindel for D. Yasinow
                                                DENISE YASINOW
                                                Assistant U.S. Attorney

## O R D E R

The status conference is hereby **CONTINUED** to **December 12, 2023, at 9:00 a.m.**  Time is excluded through that date for the reasons and on the basis set forth above.

    IT IS SO ORDERED.

Dated: September 20, 2023                      /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE