1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 |                   Plaintiff,            | CASE NO. 2:21-cr-00219-JAM

13 |         v.                              | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT**
14 | CHARLES GOOD,

15 |                   Defendant.

16

17      Plaintiff United States of America, by and through its counsel of record, and defendant Charles

18 Good, by and through his counsel of record, hereby stipulate as follows:

19      1.   By previous order a status conference in this matter was scheduled for December 12,

20 2023, and all time up to December 12, 2023, was deemed excluded from the Speedy Trial Act under

21 Local Code T4.  ECF 29.

22      2.   By this stipulation and proposed order, the parties now move to reset the status

23 conference in this matter to **February 13, 2024, at 9:00 am,** with all time until that date excluded under

24 Local Code T4.

25      3.   The parties agree and stipulate, and request that the Court find the following:

26           a)   The discovery associated with this case includes over 10,000 pages of records,

27 including law enforcement reports, video and photo surveillance, bank statements, and transaction

28

**Stipulation and Order Resetting Status
Conference**

information.  Discovery was produced, pursuant to a protective order, directly to defense counsel and was also made available for inspection and copying.

        b)        Defense counsel desires additional time to review the discovery in this case.  Defense counsel requires time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

        c)        Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023, to February 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

**Stipulation and Order Resetting Status Conference**

Dated:  December 4, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ Denise N. Yasinow
                                            Denise N. Yasinow
                                            Assistant United States Attorney


Dated:  December 4, 2023                    /s/ Tim Zindel
                                            Counsel for Defendant
                                            Charles Good


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 05, 2023                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order Resetting Status Conference**