TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHARLES GOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES GOOD,<br><br>　　　Defendant. | Case No. 2:21-cr-00219-JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Judge:　Hon. John A. Mendez<br>Date:　　February 13, 2024<br>Time:　　9:00 a.m. |

　　　Plaintiff, United States of America, and defendant, Charles Good, hereby stipulate that the status conference scheduled for February 13, 2024, may be continued to April 9, 2024, at 9:00 a.m.

　　　Defense counsel seeks additional time to review the voluminous discovery in the case including law enforcement's loss calculations.  Counsel also seeks additional time to consult with Mr. Good about the case. The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through April 9, 2024, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that this period of time results from a continuance granted at the request of the defense and that the

-1-

ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                Respectfully Submitted,

Dated:  January 26, 2024                      */s/ Tim Zindel*
                                                TIMOTHY ZINDEL
                                                Attorney for CHARLES GOOD

                                                PHILIP A. TALBERT
                                                United States Attorney

Dated:  January 26, 2024                      */s/ T. Zindel for D. Yasinow*
                                                DENISE YASINOW
                                                Assistant U.S. Attorney

**O R D E R**

      The status conference is hereby **CONTINUED** to **April 09, 2024, at 9:00 a.m.**  Time is excluded through that date for the reasons and on the basis set forth above.

      IT IS SO ORDERED.

Dated: January 30, 2024                      /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE