TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHARLES GOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>CHARLES GOOD,<br><br>    Defendant.<br>_____ | ) Case No. 2:21-CR-0219 JAM<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **EXONERATING BOND**<br>)<br>)<br>) Judge:   Hon. Carolyn K. Delaney<br>)<br>)<br>)<br>) |

    The parties hereby stipulate that the $5,000 bond posted by Tricia Villegas to secure Mr. Good's pretrial release (see doc. 18) may be exonerated and an order entered directing the Clerk of the Court to return the $5,000 to Ms. Villegas.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

-1-

The district Court sentenced Mr. Good on November 12, 2024, with an order to surrender to the designated institution on January 7, 2025. Docs. 52, 53. A search of the Bureau of Prisons inmate locator this morning confirms that Mr. Good surrendered as ordered and is now housed at FCI Sheridan in Oregon. The money posted to secure his release may therefore be returned to his surety, Ms. Villegas.

Respectfully Submitted,

Dated:  January 13, 2025        /s/ Tim Zindel
                                TIMOTHY ZINDEL
                                Attorney for CHARLES GOOD


                                PHILIP A. TALBERT
                                United States Attorney


Dated:  January 13, 2025        /s/ T. Zindel for D. Yasinow
                                DENISE YASINOW
                                Assistant U.S. Attorney

**O R D E R**

The $5,000.00 cash bond posted to secure Mr. Good's release is exonerated. The Clerk of the Court shall return the posted sum to Tricia Villegas forthwith.

IT IS SO ORDERED.

Dated:  January 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE